# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Ricky Antonio Holmes, *Plaintiff* v. Aiken County Detention Center *in their official capacity*, *Defendant*. | ) ) ) ) ) ) | Civil Action No. 1:19-cv-02983-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Ricky Antonio Holmes, shall take nothing of the defendant, Aiken County Detention Center *in their official capacity*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, incorporating the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: December 9, 2019

ROBIN L. BLUME, CLERK OF COURT

s/L. Baker

*Signature of Clerk or Deputy Clerk*